UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 03 CR 796 |
| ) | Magistrate Judge Sidney I. Schenkier |
| TERRANCE DOTSON ) | |

**ORDER**

The motion of the United States to dismiss the criminal complaint in this matter is GRANTED.

ENTER:

_[signature]_
SIDNEY I. SCHENKIER
United States Magistrate Judge

Date: 07/31/06